676

In the Matter of EMMET J. BLOT, Appellant, v. PACIFIC INSURANCE COMPANY OF NEW YORK, Respondent.— Concur — Stevens, J. P., Eager, Steuer, Capozzoli and McGivern, JJ.

(June 29, 1967)

In the Matter of THORNTON J. MEACHAM, JR., an Attorney.— Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

In the Matter of STANLEY M. KLEBANOFF, an Attorney.— Concur — Stevens, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.